

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

*4700 Bureau Road South*
*Terre Haute, Indiana 47802*

**FILED**
APR 1 7 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

April 9, 2020

U.S. District Judge James E. Shadid
United States District Court, Central District of Illinois
100 N. E. Monroe Street
Peoria, IL 61602

RE: WHEELER, Arthur D.
Reg. No.: 20115-026
Docket No.: 0753 1:15CR10048-001

Dear Judge James E. Shadid:

This is to inform you of the recent death of inmate Arthur D. Wheeler, who was incarcerated at the Federal Correctional Complex, Terre Haute, Indiana.

Mr. Wheeler was sentenced in the Central District of Illinois on October 4, 2016, to a 240 month sentence for the following offenses: *Distribution of Child Pornography and Impersonating an Officer and Employee of the United States*, with a release date of April 24, 2033.

Mr. Wheeler was pronounced dead at FCC Terre Haute, IN on April 9, 2020. The cause of death is still pending and an autopsy will be performed by the Coroner's Office.

If you require further information regarding this case, please do not hesitate to contact me at 812-244-4400.

Sincerely,

T. J. Watson
Complex Warden

cc: United States Attorney's Office
Chief United States Probation Officer, Central District of Illinois
North Central Regional Director